Henry A. Haines et al. v. J. A. Smith et al. (appellant), from Gaston. Per Curiam, December 2. No error. O. F. Mason and Clarkson & Daly for plaintiff; A. G. Mangum and Tillett & Guthrie for defendant.

State v. J. E. Ramsey and Eliza Gillespie (appellants), from Burke. Per Curiam, December 9. Affirmed. Attorney-General H. Clement for the State; John M. Mull and Riddle & Hufham for defendant.

State v. Thomas Moses (appellant), from Burke. Per Curiam, December 9. It appearing that defendant has broken jail and is still at large, the appeal is dismissed. Attorney-General H. Clement for the State; John M. Mull and Riddle & Hufham for defendant.

Eliza Shoffner et al. v. Life Insurance Co. of Virginia (appellant), from Buncombe. Per Curiam, December 16. Appeal dismissed. M. W. Brown and Zeb. F. Curtis for plaintiff; Frank Carter and H. C. Chedester for defendant.

P. T. Bryson et al. (appellants) v. Southern Railway Co., from Haywood. Per Curiam, December 22. Affirmed. W. J. Hannah for plaintiff; Moore & Rollins for defendant.

Mrs. Jennie R. McFayden et al. v. J. P. Swift (appellant), from Haywood. Per Curiam, December 22. Affirmed. W. J. Hannah for defendant.

## SPRING TERM, 1909.

George H. Winslow v. The Norfolk Hardwood Co. (appellant), from Perquimans. Per Curiam, February 24. Affirmed. C. E. Thompson and Charles Whedbee for plaintiff; Pruden & Pruden and Shepherd & Shepherd for defendant.

National Finance v. W. H. S. Burgwyn (appellant), from Halifax. Per Curiam, February 24. Affirmed. W. H. S. Burgwyn, G. C. Green and E. L. Travis for defendant.

George E. Carman (appellant) v. J. T. Benthall and R. T. Barnes, from Hertford. Per Curiam, February 24. Affirmed. Winborne & Lawrence for plaintiff; D. C. Barnes and Murray Allen for defendant.